■ In the Matter of the Estate of JOHN H. BETLEM, Deceased. KENNETH J. BETLEM, Respondent; HARVEY E. MORSE, P.A., Appellant. (Appeal No. 1.) [796 NYS2d 296]—Appeal from an order of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered October 23, 2003. The order denied respondent's motion to compel the deposition of petitioner.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Lawton, JJ.

■ In the Matter of the Estate of JOHN H. BETLEM, Deceased. KENNETH J. BETLEM, Respondent; HARVEY E. MORSE, P.A., Appellant. (Appeal No. 2.) [796 NYS2d 297]—Appeal from a decree of the Surrogate's Court, Monroe County (Edmund A. Calvaruso, S.), entered April 22, 2004. The decree determined that respondent is entitled to fees pursuant to SCPA 2112 in the amount of $1,850.

It is hereby ordered that the decree so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Surrogate's Court. Present—Pigott, Jr., P.J., Scudder, Gorski, Martoche and Lawton, JJ. [*See* 2 Misc 3d 1012(A), 2004 NY Slip Op 50308(U).]